# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lionel J. Tillman, Jr. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:22-cv-05755-SSS-MAA |
| v. | |
| Los Angeles County District Attorney's Office, et al. | ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE) |
| DEFENDANT(S) | |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.  ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

Plaintiff has indicated on his IFP Request Form that he receives no income of any kind from any source. However, Plaintiff presumably has some means of paying for food and shelter, whether through employment, public assistance, or some other source. Plaintiff also indicates that he provides some money to support dependents named "Nile and Noah Tillman," but does not identify the source of this money or these dependents' relationship to him.

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☒ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:
  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☐ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

Plaintiff is instructed to identify the source and amounts of any and all money he has earned or received in the past twelve months. Plaintiff is further instructed to specify his relationship to Nile and Noah Tillman, as well as the frequency of his $200 payments towards their support.

Plaintiff must re-file his amended Form CV-60, providing this additional information, on or before September 26, 2022.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| August 24, 2022 | SUNSHINE S. SYKES |
|---|---|
| Date | United States District Judge |

CV-73 (07/22)      ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | |
| v. | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| DEFENDANT(S). | |

I, _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes   ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes   ☐No
   b. Rent payments, interest or dividends?   ☐Yes   ☐No
   c. Pensions, annuities or life insurance payments?   ☐Yes   ☐No
   d. Gifts or inheritances?   ☐Yes   ☐No
   e. Any other income (other than listed above)?   ☐Yes   ☐No
   f. Loans?   ☐Yes   ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes  ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☐No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

   _____


I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| _____ | _____ |
|---|---|
| State | County (or City) |

I, _____, declare under penalty of perjury that the foregoing is true and correct.

| _____ | _____ |
|---|---|
| Date | Plaintiff/Petitioner (Signature) |