FILED
2022 AUG 30 AM 10: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Lionell J Tillman Jr | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | 2:22-CV-05755-SSS-MAA |
| v. | |
| Los Angeles County District Attorney's Office, Los Angeles County Bureau of Family Support Operations, Los Angeles County Risk Management   DEFENDANT(S). | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, Lionell Tillman _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _I was laid-off due to Covid-19, inflation, and lack of supply and demand. I plead with the court to see my hardship and grant my right of access to the courts guaranteed by the constitution. - Ryland v. Shapiro, 708 F.2d 967, 972 (5th Circuit, 1983)._

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _February 15, 2022 and $1,500.00 per month_

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐Yes ☑No
   b. Rent payments, interest or dividends?                ☐Yes ☑No
   c. Pensions, annuities or life insurance payments?      ☐Yes ☑No
   d. Gifts or inheritances?                               ☑Yes ☐No
   e. Any other income (other than listed above)?          ☐Yes ☑No
   f. Loans?                                               ☐Yes ☑No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _I received $3,725.20 in Gifts to educate students of their rights._

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes  ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Checking Account Closed (No Savings) - Paypal Account: lionell.tillman@gmail.com and $1,378.24 held in (6) months.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☑No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? 2016

   Approximately how much income did your last tax return reflect? 12,000

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   I support my children Nile and Noah Tillman mentally, spiritually, physically, emotionally, and financially.

   During my hardship, I have provided $200.00 in cash towards towards groceries for their household every other month.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

|                California                |               Los Angeles               |
| :--------------------------------------: | :-------------------------------------: |
|                  State                   |             County (or City)            |

I, Lionell Tillman _____, declare under penalty of perjury that the foregoing is true and correct.

8-29-2022
Date

Plaintiff/Petitioner (Signature)  1-308-1-207

Found in Lionell.Tillman@gmail.com inbox

**Wells Fargo Online**  3/17/22
To: MrTillman

# Your Wells Fargo deposit account has been closed

**WELLS FARGO**

Dear LIONELL JEROME TILLMAN:

We have closed your deposit account ending in 0055 because of its prolonged overdrawn status.

**What you need to do**
You can avoid further collection action by paying the total amount due of $458.10 today at your nearest Wells Fargo branch. If you are unable to make an immediate deposit, please call one of our representatives to discuss repayment options using the contact information below.

If you have already paid the amount owed on your account, please accept our thanks and disregard this notice.

**What you need to know**
We will report the account closure to Early Warning Services (a consumer reporting agency).

**We're here to help**
If you have any questions or to discuss repayment options, please call us at
1-877-647-8552:
- Monday through Thursday from 5:00 a.m. to 9:00 p.m. Pacific Time.
- Friday from 5:00 a.m. to 6:00 p.m. Pacific Time.
- Saturday from 5:00 a.m. to 3:30 p.m. Pacific Time.
- Sunday from 5:00 a.m. to 5:30 p.m. Pacific Time.

For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you.

Overdraft Deposit Collections and Recovery

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.
CLS001EN

You can unsubscribe from future collections emails about your overdrawn deposit accounts. Your request will be processed within 10 business days. Please note that you may continue to receive collections emails while our system updates your request.

wellsfargo.com  |  Security Center  |  Contact Us

Wells Fargo Bank, N.A., Member FDIC.

Please do not reply to this automated email.

7e1e049d-c031-4035-8490-a4f29d80105e

i

**PayPal**

Financial summary report: Aug 29, 2021 to Aug 29, 2022

Merchant Account ID: UKJ9Q6JGN682U | PayPal Account: lionell.tillman@gmail.com

**Lionell Tillman**
PayPal Account: lionell.tillman@gmail.com
10360 Kimberly St, Los Angeles, CA 90002

(Amounts in USD)

| Balance | Beginning | Ending |
|---|---|---|
| Total balance | 40.31 | 240.43 |
| Available balance | 40.31 | 240.43 |
| Payables balance | 0.00 | 0.00 |

| Activity | Debit | Credit |
|---|---|---|
| **Sales activity** | — | 3,725.20 |
| Payments received | 0.00 | 3,667.40 |
| Disbursements received | 0.00 | 57.80 |
| Refunds sent | 0.00 | 0.00 |
| **Fees** | -187.64 | — |
| Payment fees | -180.64 | 0.00 |
| Refunded fees | 0.00 | 0.00 |
| Chargeback fees | 0.00 | 0.00 |
| Dispute Fees | 0.00 | 0.00 |
| Account fees invoice | 0.00 | 0.00 |
| Other fees | -7.00 | 0.00 |
| **Dispute activity** | 0.00 | — |
| Chargebacks & disputes | -27.40 | 0.00 |
| Dispute reimbursements | 0.00 | 27.40 |
| **Transfers & withdrawals** | — | 148.44 |
| Currency Transfers | 0.00 | 0.00 |
| Transfers to PayPal account | 0.00 | 148.44 |
| Transfers from PayPal account | 0.00 | 0.00 |
| **Purchase activity** | -3,713.13 | — |
| Online payments sent | -1,607.01 | 0.00 |
| Refunds received | 0.00 | 0.00 |

PayPal Inc., 2211 N First St, San Jose, CA 95131

Page 1

2



Merchant Account ID: UKJ9Q6JGN682U  |  PayPal Account: lionell.tillman@gmail.com

| Activity | Debit | Credit |
|---|---|---|
| Debit card purchases | -2,106.12 | 0.00 |
| Debit card returns | 0.00 | 0.00 |
| **Reserves & releases** | **0.00** | **—** |
| Reserve holds | 0.00 | 0.00 |
| Reserve releases | 0.00 | 0.00 |
| Payment review holds | 0.00 | 0.00 |
| Payment review releases | 0.00 | 0.00 |
| Payment holds | 0.00 | 0.00 |
| Payment releases | 0.00 | 0.00 |
| Gift Certificate purchases | 0.00 | 0.00 |
| Gift Certificate redemption | 0.00 | 0.00 |
| Funds not yet available | 0.00 | 0.00 |
| Funds available | 0.00 | 0.00 |
| Blocked payments | 0.00 | 0.00 |
| **Other activity** | **—** | **227.25** |
| Money market dividends | 0.00 | 0.00 |
| Debit card cash back | 0.00 | 14.26 |
| Credit card cash back | 0.00 | 0.00 |
| Other | -1,570.98 | 1,783.97 |

Note: This is not an actual bill.

3



DISCOVER IT® CARD ENDING IN 2862
CARDMEMBER SINCE 2019



## Account Summary  07/25/2022 - 08/24/2022

| | |
|---|---:|
| Previous Balance | $4,307.26 |
| Payments and Credits | -$108.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$40.00 |
| Interest Charged | +$90.14 |
| **New Balance:** | **$4,329.40** |

See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information

| | |
|---|---:|
| Credit Line | $4,700 |
| Credit Line Available | $370 |
| Cash Advance Credit Line | $600 |
| Cash Advance Credit Line Available | $370 |



FICO® Score 8 based on TransUnion® data:
**611** Fair    AS OF 08/18/22    Updated Monthly

See Key Factors that help explain your score at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment | Payment Due Date |
|---|---|---|
| $4,329.40 | $151.00 | 09/19/2022 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $41.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 years | $13,973 |
| $171 | 3 years | $6,155 (Savings= $7,818) |

If you would like information about credit counseling services, call us at 1-800-347-1121.

---

## Payment Coupon
Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.

LIONELL TILLMAN
10360 KIMBERLY ST
LOS ANGELES CA 90002-3646

Notice: See reverse side for important information

**ACCOUNT NUMBER ENDING IN 2862**

| | |
|---|---:|
| New Balance | $4,329.40 |
| Minimum Payment Due | $151.00 |
| Payment Due Date | 09/19/2022 |

Amount Enclosed   $

For a faster, easier way to pay...   Discover.com   1-800-347-2683
See reverse for payment cut off times.

PO BOX 45909
SANFRANCISCO CA 94145-0909

New address, email or phone? Please update on reverse.

0000019864524550553910432940012914100015100



**DISCOVER IT® CARD ENDING IN 2862**
LIONELL TILLMAN

Page 2 of 4
OPEN TO CLOSE DATE: 07/25/2022 - 08/24/2022

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or Stolen Cards.** Report immediately! Call 1-800-347-2683.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https://discover.com/billingerrornotice. You must contact us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https://discover.com/billingrights for a copy of this Notice.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. **Payments made online or by phone before Midnight Eastern Time on any day except your Statement Closing Date will be credited as of the same day; on your Statement Closing Date, online and phone payments must be made before 5:00 PM Eastern Time to be credited as of that day.**

You can also make a Payment or set up automatic payments by calling 1-800-347-2683. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel or modify a payment from your bank account until 5:00 PM Eastern Time on the day such payment is scheduled by calling 1-800-347-2683 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421. Same day online or phone payments from bank account made after 5:00 PM Eastern Time may be modified before Midnight Eastern Time of that day. Payments from Cashback Bonus cannot be modified or cancelled after being made or scheduled.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set up automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

**Amount**
○ Full Pay _____     ○ Min Pay _____
○ Min Pay+ $ _____    ○ Other Amount $ _____
Bank Routing # _____
Bank Account # _____
Monthly on the ○ Payment Due Date, or ○ _____ Day of the month (INSERT DATE)

**Credit Reporting.** Credit Reporting. We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 30939, Salt Lake City, UT 84130-0939. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account. If you pay the New Balance on your current billing statement by the Payment Due Date shown on that billing statement, we will not impose interest charges on New Purchases. New Purchases are Purchases that first appear on the next billing statement. Interest will continue to accrue each day on purchases that appeared on previous billing statements until you pay the New Balance in full and will be billed in the next billing cycle.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-2683.

**Balance Subject To Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

Send inquiries to Discover, PO Box 30943, Salt Lake City, UT 84130

The Discover® card is issued by Discover Bank, Member FDIC.

DIT23-27.0420

## Change of Address

If correct on front, do not use. To make changes to your address, email or telephone number, please print clearly in blue or black ink, in the space provided or visit Discover.com.

| Street Address | | Home Phone | |
| --- | --- | --- | --- |
| | | Work Phone | |
| City | | Email | |
| State, Zip | | | |


5



| ONLINE | PHONE | PAYMENTS | |
|---|---|---|---|
| Discover.com or download our app | 1-800-347-2683 TDD 1-800-347-7449 | Discover PO Box 6103 Carol Stream IL 60197-6103 | Page 3 of 4 DISCOVER IT® CARD ENDING IN 2862 OPEN TO CLOSE DATE: 07/25/2022 - 08/24/2022 |

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | AMOUNT |
|---|---|---|
| 08/20 | INTERNET PAYMENT - THANK YOU | -$108.00 |

## Fees and Interest Charged

| FEES FOR THIS PERIOD | AMOUNT |
|---|---|
| LATE FEE | $40.00 |
| **TOTAL FEES FOR THIS PERIOD** | **$40.00** |

| INTEREST CHARGED FOR THIS PERIOD | AMOUNT |
|---|---|
| INTEREST CHARGE ON PURCHASES | $90.14 |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **TOTAL INTEREST FOR THIS PERIOD** | **$90.14** |

| 2022 TOTALS YEAR-TO-DATE CHARGED | AMOUNT |
|---|---|
| TOTAL FEES CHARGED IN 2022 | $229.00 |
| TOTAL INTEREST CHARGED IN 2022 | $691.75 |

## Cashback Bonus® Rewards

| | |
|---|---|
| PREVIOUS BALANCE | $0.05 |
| EARNED THIS PERIOD | +$0.00 |
| REDEEMED THIS PERIOD | -$0.00 |
| **CASHBACK BONUS BALANCE** | **$0.05** |

**5% Cashback Bonus®**

JUL-SEP — Activate at discover.com/5
Restaurants and PayPal

Earn up to $75 in 5% cash back each quarter. Plus earn 1% cash back on all other purchases.

For details, see Information For You section.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
**CURRENT BILLING PERIOD:** 31 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 24.49% V | N/A | $4,333.45 | $90.14 |
| Cash Advances | 26.49% V | N/A | $0.00 | $0.00 |

**V = VARIABLE RATE**

\* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.

\*\* This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.

\*\*\* For more information, please call us at 1-800-347-2683.

Continued on next page

6

**DISCOVER IT® CARD ENDING IN 2862**
LIONELL TILLMAN

Page 4 of 4
OPEN TO CLOSE DATE: 07/25/2022 - 08/24/2022

## Information For You

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model. They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover.com and cardmembers are also provided a score on statements. Customers will see up to a year of recent scores online. Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request.

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

### Cashback Bonus® Rewards

Activate to earn 5% Cashback Bonus at **Restaurants** and **PayPal** from 7/1/22 (or the date on which you activate 5%, whichever is later) through 9/30/22, on up to $1,500 in purchases. **Restaurant** purchases include those made at merchants classified as full-service restaurants, cafes, cafeterias, fast-food locations, and restaurant delivery services. **PayPal** eligible purchases are made through the PayPal wallet online, money transfers via PayPal using your card, and point-of-sale transactions using PayPal Here. Payments made through Xoom transfer services are not eligible for 5%. Using PayPal on restaurant purchases will only earn a total of 5%. PayPal and the PayPal logo are trademarks of PayPal or its Affiliates. Listed merchants are in no way sponsoring or affiliated with this program. Purchases must be made with merchants in the U.S. To qualify for 5%, the purchase transaction date must be before or on the last day of the offer or promotion. For online purchases, the transaction date from the merchant may be the date when the item ships. Rewards are added to your account within two billing periods. Even if a purchase appears to fit in a 5% category, the merchant may not have a merchant category code (MCC) in that category. Merchants and payment processors are assigned an MCC based on their typical products and services. Discover Card does not assign MCCs to merchants. Certain third-party payment accounts and digital wallet transactions may not earn 5% if the technology does not provide sufficient transaction details or a qualifying MCC. Learn more at Discover.com/digitalwallets. See Cashback Bonus Program Terms and Conditions for more information.

7

**MARRIOTT BONVOY**

Manage your account online: www.chase.com/marriott
Customer Service: 1-800-338-5960
Mobile: Download the Chase Mobile® app today

| September 2022 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$2,571.47**
Minimum Payment Due
**$82.00**
Payment Due Date
**09/25/22**

### MARRIOTT BONVOY BOUNDLESS POINTS

| | |
|---|---|
| + 6X Points on Marriott Hotel purchases | 0 |
| +2X Pts other spend incl Grocery Gas Dining | 0 |
| +1X Addtl Pt on Grocery Gas Dining up to $6K | 0 |
| **Total points transferred to Marriott** | **0** |

Thank you for using your Marriott Bonvoy Boundless® Credit Card. Find out how to redeem your points for hotel nights, travel packages, merchandise and more at MarriottBonvoy.com

Points add up quickly when you use your Marriott Bonvoy Boundless Credit Card from Chase! Earn 6 points per $1 spent at participating Marriott Bonvoy® locations, 3 points per $1 on the first $6,000 spent in combined purchases each year on grocery store, gas station, and dining purchases, and 2 points per $1 spent on all other purchases. Also, enjoy guaranteed Silver Elite status and a Free Night Award every year after your anniversary.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 years | $6,441 |
| $103 | 3 years | $3,705 (Savings=$2,736) |

If you would like information about credit counseling services, call 1-866-797-2885.

### ACCOUNT SUMMARY

Account Number: 4388 5400 7432 8120

| | |
|---|---|
| Previous Balance | $2,863.04 |
| Payment, Credits | -$348.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$56.43 |
| **New Balance** | **$2,571.47** |
| Opening/Closing Date | 07/29/22 - 08/28/22 |
| Credit Access Line | $2,900 |
| Available Credit | $328 |
| Cash Access Line | $145 |
| Available for Cash | $145 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### YOUR ACCOUNT MESSAGES

Fraud and scams can happen to anyone.

0000001 FIS33339 C 2    Y 9 28 22/08/28    Page 1 of 2    05056 MA MA 07932    24010000020000793201
0513

**MARRIOTT BONVOY**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at chase.com/paycard

4388540074328120000082000257147000000005

| | |
|---|---|
| Payment Due Date: | 09/25/22 |
| New Balance: | $2,571.47 |
| Minimum Payment Due: | $82.00 |

Account number: 4388 5400 7432 8120

$ _____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

LIONELL J TILLMAN JR
10360 KIMBERLY ST
LOS ANGELES CA 90002-3646

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

⑆5000 160 28⑆ 23500 7432 8120 1⑆

8

| To contact us regarding your account: | | | | |
|---|---|---|---|---|
| ☎ | **Call Customer Service:**<br>In U.S.          1-800-338-5960<br>Spanish       1-888-446-3308<br>Pay by phone 1-800-436-7958<br>International  1-847-888-6600<br>We accept operator relay calls | ❓<br>**Send Inquiries to:**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | ✉<br>**Mail Payments to:**<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | 🖱<br>**Visit Our Website:**<br>www.chase.com/cardhelp |

**Information About Your Account**

**Making Your Payments:** The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit it to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**To Service And Manage Any Of Your Account(s):** By providing my mobile phone number, I am giving permission to be contacted at that number about all of my accounts by JPMorgan Chase and companies working on its behalf. My consent allows the use of text messages, artificial or prerecorded voice messages and automatic dialing technology for informational and account servicing, but not for sales or telemarketing. Message and data rates may apply.

**Authorization To Convert Your Check To An Electronic Transfer Debit:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer,

cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction – for new purchases, balance transfers, overdraft advances, cash advances, or My Chase Loans;

2. the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How To Avoid Paying Interest On Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:** If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:** If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA05042021

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

9


**MARRIOTT BONVOY**


Manage your account online:
www.chase.com/marriott


Customer Service:
1-800-338-5960


Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Protect yourself and older loved ones by learning the warning signs and other helpful tips. For more information, visit www.chase.com/financialabuse

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/29 | Payment Thank You-Mobile | -248.00 |
| 08/26 | Payment Thank You-Mobile | -100.00 |
| **INTEREST CHARGED** | | |
| 08/28 | PURCHASE INTEREST CHARGE | 56.43 |
| | TOTAL INTEREST FOR THIS PERIOD | $56.43 |

| 2022 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2022 | $368.00 |
| Total interest charged in 2022 | $449.99 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 25.24%(v)(d) | $2,632.65 | $56.43 |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 25.24%(v)(d) | - 0 - | - 0 - |

31 Days in Billing Period

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

LIONELL J TILLMAN JR   Page 2 of 2   Statement Date: 08/28/22
0000001 FIS33339 C 2   Y 9 28 22/08/28   Page 2 of 2   05056 MA MA 07932   24010000020000793202

10