# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL TILLMAN, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:22-cv-05755-SSS (MAA)<br><br>**INITIAL CASE MANAGEMENT ORDER IN CIVIL RIGHTS CASE**<br><br>(PLAINTIFF NOT IN CUSTODY) |

　　This case has been referred to Magistrate Judge Maria A. Audero for pre-trial proceedings. All future pleadings and correspondence shall be addressed to the Courtroom Deputy Clerk to Magistrate Judge Maria A. Audero, Edward R. Roybal Federal Building & U.S. Courthouse, 255 E. Temple Street, Los Angeles, CA 90012.

**I.　Consent to Magistrate Judge Jurisdiction.**

　　The parties are advised that, to encourage the just and speedy determination of civil rights cases filed in this District, the parties may waive their right to proceed before a district judge and instead consent to have a magistrate judge render a final judgment. If the parties wish to consent, they must file a completed Form CV-11 (a Form CV-11 is

(Revised 09/15/2022)

attached to this order).  All parties to this action must consent for the undersigned U.S. Magistrate Judge to exercise jurisdiction to decide all dispositive and non-dispositive matters.  *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017).  Any party may withhold consent without adverse substantive consequences.  *See* Fed. R. Civ. P. 73(b)(2).

**II.    Service of the Complaint.**

Plaintiff is advised that the Court presently is screening the Complaint in this action, pursuant to 28 U.S.C. § 1915(e)(2).  <u>Until the Complaint has been screened and the Court has ordered that service of process may occur, Plaintiff may not proceed with service of process upon Defendant(s)</u>.  Should the Court determine that the Complaint may be served upon any or all Defendant(s), the Court will issue a separate order regarding service of process.

**III.   Deferred Scheduling Conference and Discovery.**

1.    In the interests of judicial economy and conservation of the parties' resources, under Federal Rule of Civil Procedure 16, the Court finds good cause to postpone issuance of a Scheduling Order.  In the Court's experience with this type of case, delays and complexities in service of process and the potential for motions practice under Federal Rule of Civil Procedure 12(b) often render an early Scheduling Conference an inefficient use of the Court's and parties' resources.  Accordingly, the Court will set a Scheduling Conference after the last Defendant has answered or the last motion under Rule 12(b) has been finally decided, whichever occurs later.  The Court may vacate a Scheduling Conference in its discretion if it feels it has sufficient information from the parties to issue a Scheduling Order without a Scheduling Conference.

2.    Because the Court has not set a date for a Scheduling Conference, the parties' obligations to provide initial disclosures under Federal Rule of Civil Procedure

(Revised 09/15/2022)

26(a) and to confer about discovery under Federal Rule of Civil Procedure 26(f) do not yet trigger. The Court further reminds the parties that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)" unless authorized by court order. Fed. R. Civ. P. 26(d)(1).

### IV. Requirements for Submitting Documents to the Court.

In preparing and submitting documents to the Court in connection with this case, the parties must comply with the Central District of California Local Rules ("Local Rule")—including, but not limited to, Local Rule 11—and the following requirements.

1. All documents concerning this case are to be submitted for filing by: (1) direct filing at the filing window located in the Edward R. Roybal Federal Building & U.S. Courthouse; (2) mail addressed to Judge Audero's Courtroom Deputy Clerk at the address indicated above; or (3) electronic filing.

*Pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System ("EDSS") instead of mailing or bringing documents to the Clerk of Court's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss. Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

2. Once any party has been served with process or entered an appearance in the case, they or their attorney must receive a copy of every document submitted to the court. Parties shall include with each original document to be filed a Proof of Service stating the date on which a true and correct copy of the document was mailed to each party or their counsel. <u>Any documents that do not include a Proof of Service on all parties or their attorneys will be disregarded</u>.

///

(Revised 09/15/2022)

3. Any document sent to the Court must include the case name and case number (including judges' initials). Documents should have at least a one-inch margin at the top of each page, should be numbered consecutively at the bottom of each page, and should be printed or neatly handwritten on one side of the paper only. C.D. Cal. L.R. 11-3.2. The lines on each page must be double-spaced, and there must not be more than 28 lines per page (footnotes may be single spaced). *Id*. Parties must sign each original document filed with the Court. *See* Fed. R. Civ. P. 11(a); C.D. Cal. L.R. 11-1.

4. All documents must be typewritten or printed in black or dark blue ink, or prepared by a photocopying or other duplicating process that will produce clear and permanent copies equally legible to printing. C.D. Cal. L.R. 11-3.1. The font size must be 14-point or larger. C.D. Cal. L.R. 11-3.1.1. <u>The Court will reject any documents that are not legible</u>.

5. At the top of the first page of any document submitted for filing, parties shall include their respective name and mailing address, as well as telephone number and e-mail address. The address provided will be presumed correct and will be used by the Court to communicate with the party. If there are changes to a party's address, telephone number, or e-mail address, the party immediately must provide the Court with the new address, telephone number, and e-mail address, and their effective date. <u>Failure to comply with a Court order or to inform the Court of Plaintiff's current address may result in dismissal of the action for failure to prosecute</u>. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); C.D. Cal. L.R. 41-6.

6. Any requests for Court action must be submitted by motion or application in compliance with the Local Rules.

Local Rule 7-3 requires that before filing any motion, counsel must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 seven days before filing the motion. If the parties are unable to reach a resolution, the notice of motion must include the following statement: "This motion is

(Revised 09/15/2022)

made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." C.D. Cal. L.R. 7-3. <u>The Court may decline to consider a motion that does not comply with Local Rule 7.3</u>. *See* C.D. Cal. 7-4.

The first page of the motion must be a notice of motion with the title of the document, the date and time of the motion hearing (if applicable), the name of the judicial officer before whom the motion has been noticed, and "a concise statement of relief or Court action the movant seeks." C.D. Cal. L.R. 7-4. <u>Any motions or requests for status updates will be rejected and not docketed</u>.

No memorandum of points and authorities shall exceed 25 pages, excluding indices and exhibits, unless permitted by order of the Court. C.D. Cal. L.R. 11-6. <u>The Court will strike any motion/opposition/reply which contains a memorandum of points and authorities that violates the 25-page limit</u>.

<u>The presentation to the Court of frivolous motions or oppositions to motions may subject the filer to sanctions</u>. C.D. Cal. L.R. 11-9.

## V. Communication with Judge or Judge's Law Clerks Strictly Prohibited.

Pursuant to Local Rule 83-2.5, "[a]ttorneys or parties to any action or proceeding shall refrain from writing letters to the judge, sending e-mail messages to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters must be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules." C.D. Cal. L.R. 83-2.5. To clarify, the parties may contact Judge Audero's Courtroom Deputy Clerk, but not her Law Clerks.

## VI. Resources for *Pro Se* Litigants.

1. The Court may not provide advice to any party, including persons who are not represented by a lawyer, known as *pro se* litigants. However, the Court has information of importance to *pro se* litigants on its website, at

(Revised 09/15/2022)

http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

2. This District has a Los Angeles Federal *Pro Se* Clinic ("Clinic") that can provide information and assistance about many aspects of civil litigation in this Court. The Clinic is located at the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012 (note that the Clinic may not be open during the pandemic). The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal. The Clinic operates by appointment only. You may schedule an appointment either by calling the Clinic at (213) 385-2977, ext. 270, or by submitting an online application to request services at the following site: http://prose.cacd.uscourts.gov/los-angeles.

**VII.   Strict Compliance with Rules and Orders.**

The Court notes that this action is governed by the Federal Rules of Civil Procedure ("Federal Rules") and the Local Rules. Both *pro se* litigants and those represented by counsel are held to these rules of procedure. <u>The parties are cautioned that failure to comply with the Federal Rules or Local Rules may be grounds for dismissal or judgment by default</u>. *See* C.D. Cal. Local Rule 83-2.2.4.

**IT IS SO ORDERED.**

DATED: September 15, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

Attachments
Form CV-11

(Revised 09/15/2022)