NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lionell J Tillman Jr
10360 Kimberly Street
Los Angeles, CA 90002

FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lionell J Tillman Jr | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-05755-SSS-MAA |
| v. | |
| LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, LOS ANGELES COUNTY BUREAU OF FAMILY SUPPORT, LOS ANGELES COUNTY RISK MANAGEMENT, COUNTY OF LOS ANGELES, AND STEVEN J. GOLIGHTLY, PH.D | FIRST AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Lionell J Tillman Jr_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Los Angeles County District Attorney's Office, a municipal entity. | Los Angeles County District Attorney's Office, a municipal entity: Los Angeles County Bureau of Family Support Operations, Los Angeles County Risk Management, and County of Los Angeles, a public entity: violated my Rights to Due Process, committed Fraud, Defamation, Kidnapping, Trespassed on my conversions, Extortion, and put a lien on my name. |
| Los Angeles County Bureau of Family Support Operations. | |
| Los Angeles County Risk Management, Chief Executive Office | Steven J. Golightly, Ph.D., Past Director, Los Angeles County Child Support Services Department, was personally notified of the Fraud. |
| County of Los Angeles, a public entity. | |
| Steven J. Golightly, Ph.D., | |

9/15/2022
Date

Signature: _[signature]_ UCC 1-308 - 1-207

Attorney of record for (or name of party appearing in pro per):