Lionell J Tillman Jr.
_____
FULL NAME

_____
COMMITTED NAME (if different)
10360 Kimberly St, Los Angeles, CA 90002
_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____
PRISON NUMBER (if applicable)

```
┌─────────────────────────────────┐
│         F I L E D                │
│   CLERK, U.S. DISTRICT COURT     │
│  ┌──────────────────────────┐    │
│  │       10/21/22           │    │
│  └──────────────────────────┘    │
│  CENTRAL DISTRICT OF CALIFORNIA  │
│  BY: _____ nne _____ DEPUTY  │
└─────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lionell J Tillman Jr.

                                    PLAINTIFF,

v.

County of Los Angeles, Los Angeles County Bureau
of Family Support, and Steven J Golighty Ph.d.,
                                    DEFENDANT(S).

CASE NUMBER
_____
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____


## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ Lionell J Tillman Jr. _____
(print plaintiff's name)

who presently resides at ____ 10360 Kimberly St., Los Angeles, CA 90002 ____,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
County of Los Angeles/Los Angeles
(institution/city where violation occurred)

on (date or dates) ___10/30/1996 - Current___ , ___10/30/1996 - Current___ , ___10/30/1996 - Current___ .
                (Claim I)                    (Claim II)                (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant    __County of Los Angeles_____ resides or works at
                (full name of first defendant)
                __500 West Temple Street, Room 383, Los Angeles, CA 90012_____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

 The defendant lacked proper policies, training, and custom which caused the violation of constitutional deprivation of rights.

2.  Defendant    __Los Angeles County Bureau of Family Support_____ resides or works at
                (full name of first defendant)
                __20221 S. Hamilton Ave., Torrance, CA 90602_____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

 The defendant lacked proper policies, training, and custom which caused the violation of constitutional deprivation of rights.

3.  Defendant    __Steven J Golighty, Ph.d.,_____ resides or works at
                (full name of first defendant)
                __20221 S. Hamilton Ave., Torrance, CA 90602_____
                (full address of first defendant)
                __Director (Former)_____
                (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
 While Director of Los Angeles County Bureau of Family Support, the defendant was legally notified of the lack

 of proper policies, training and custom he continued to authorize the constitutional deprivation of rights.

---

4.   Defendant _____ resides or works at
                    (full name of first defendant)

       _____
       (full address of first defendant)

       _____
       (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both):  ☐ individual      ☐ official capacity.

       Explain how this defendant was acting under color of law:

       _____

       _____

5.   Defendant _____ resides or works at
                    (full name of first defendant)

       _____
       (full address of first defendant)

       _____
       (defendant's position and title, if any)

       The defendant is sued in his/her (Check one or both):  ☐ individual      ☐ official capacity.

       Explain how this defendant was acting under color of law:

       _____

       _____

---

**D. CLAIMS***

## CLAIM I

The following civil right has been violated:

1. 22 CCR 116140 - Reporting Child Support Obligations and Arrearages--General Requirements and Timeframes pursuant to the FCRA (FACT Act) amended in 2003. The unlawful credit reporting did not arise from a credit transaction.

**Kevin D. Miller v. Trans Union LLC, Experian Information systems, Inc. and Supportkids, Inc., Case 1:06-cv-02883, 2/28/2007 (N.D. Illinois); Kenneth McCready vs. Linebarger Goggan Blair & Sampson, LLP, et al., Case: 06 C 4884, 8/15/2007 (N.D. Illinois), Maria E. Pintos v. Pacific Creditors Association, Experian Information Solutions, Inc., No. 04-17485, D.C. No. CV-03-05471-CW, 9/21/2007 (9th Circuit Court of Appeals).**

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. The Los Angeles County Bureau of Family Support ruined my adult life for 25 years. On or about  October 30,  1996, the defendant unlawfully filed a lawsuit against me for child support. I was never served and they forged a signature of a person that does not exist. They did not follow their own policy to locate me, and unlawfully reported a negative $61,934.21 balance to the big 3 credit bureaus. In 1997, the Los Angeles County Bureau of Family Support unlawfully put a lien on my name at the Los Angeles County Clerk's Office and did not follow their policy to renew it after 10 years.

2. Los Angeles County kept the unlawful credit reporting and lien on my name for twenty five (25) years. The child support case was dismissed for extrinsic fraud in 2018. The adverse credit reporting and lien was finally removed October 2021.

3. Director Steven J Golighty, Ph.d., was legally notified on 3/9/17 by certified mail that their policies violated my constitutional rights and he did not follow the law. The defendant continued to authorize the violation of my rights.

4. As a direct result of adverse credit reporting and a lien, I was injured by loss of job, inability to act for my myself and children, credit denial, homeless. I suffered emotional and physical distress. Approximately the damages I incurred are $76,934.21.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Demand for remedy pursuant to the direct injury, harm, and opportunity cost caused by the actions of all Defendants for twenty five

(25) years. All Defendants custom and policy violated my constitutional civil rights for twenty five (25) years.

I Lionell Tillman demand $5,000,000 in damages.

| | |
|---|---|
| 10/20/2022 | UCC 1-308 - 1-207 |
| *(Date)* | *(Signature of Plaintiff)* |

**D. CLAIMS***

The following civil right has been violated:                    **CLAIM 2**

3.  42 U.S. Code § 666 (5)(I)  -  No Right To Jury Trial  pursuant  to  7th  Amendment  of  the  United  States  Constitution.

In Suits at common law, where the  value  in  controversy  shall  exceed  twenty  dollars, the right of  trial  by  jury  shall  be  preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1.  On 2/24/2017, I filed my demand for trial by jury at Central Civil West Courthouse and The Los Angeles County Bureau of Family Support objected and stated, "we don't do that here." My demand was denied.

2.  1.  On 2/24/2017, I filed my demand for trial by jury at Central Civil West Courthouse and The County of Los Angeles objected and stated, "we don't do that here." My demand was denied.

3.  On March 9, 2017, I notified the Director of Los Angeles County Bureau of Family Support, Steven J Golighty Ph.d by certified mail that their policies violated my rights and he did nothing. Mr. Golighty continued to authorize their unlawful policies and violate my rights.

4.  As a direct result of adverse credit reporting and a lien, I was injured by loss of job, inability to act for my myself and children, credit denial, homeless, and I suffer from emotional and physical distress. The damages I incurred thus far, are approximately $76,934.21 including incoming withholdings and bank levys.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## D. CLAIMS*

**CLAIM 3**

The following civil right has been violated:

1. License and Passport Suspension - Pursuant to Department of Justice "Dear Colleague Letter" March 14, 2016 (5), Title VI of the Civil

Rights Act of 1964, 42 U.S.C. § 2000d, when they unnecessarily impose disparate harm on the basis of race or national origin, and CCP § 695.060 -

Exemptions from the Enforcement of Judgments.

**Except as provided in Section 708.630, a license issued by a public entity to engage in any business, profession, or activity is not subject to**

**enforcement of a money judgment.**

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. In 2003, I was notified that my driver's license was suspended by The Los Angeles County Bureau of Family Support and The County of Los Angeles.

I contacted them and was told I had to make a $50.00 monthly payment for the release of my driver's license. I was receiving County assistance (GR) and started

the CalWorks program. While in the GR and CalWorks program, the Defendants made me pay $10.00 per month from my GR check that was issued by The County

of Los Angeles, and $50.00 per month from CalWorks check to keep my driver's license. White unlawfully being forced make these payments, my driver's license

was still suspended periodically for arrears.

2. In 2003, I was notified that my driver's license was suspended by The Los Angeles County Bureau of Family Support and The County of Los Angeles.

I contacted them and was told I had to make a $50.00 monthly payment for the release of my driver's license. I was receiving County assistance (GR) and started

the CalWorks program. While in the GR and CalWorks program, the Defendants made me pay $10.00 per month from my GR check that was issued by The County

of Los Angeles, and $50.00 per month from CalWorks check to keep my driver's license. White unlawfully being forced make these payments, my driver's license

was still suspended periodically for arrears.

3. On March 9, 2017, I notified the Director of Los Angeles County Bureau of Family Support, Steven J Golighty Ph.d by certified mail that their policies

violated my rights and he did nothing. Mr. Golighty continued to authorize their unlawful policies and violate my rights.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

Exhibit

A

(3 of 3)

 TransUnion

### ***Important Notice***

### Credit Reports for collection of delinquent child support, judgments, fines and liens may no longer be permitted

Federal courts recently have issued rulings about the use of consumer reports for the collection of an account under the Fair Credit Reporting Act (FCRA). [1]

These cases note that certain definitions were added to the FCRA as part of the 2003 amendments (FACT Act). In particular, the word "credit" was defined. As a result of the new definition the position that is being advocated is that a "collection of an account" is a permissible purpose to obtain a consumer report *only when the collection is in connection with a credit transaction*.

The courts have specifically rejected prior case law and FTC guidance that a judgment creditor had permissible purpose, noting that those decisions pre-dated the FACT Act. These cases have held that a delinquent child support obligation, municipal fines arising from parking tickets, and a statutory debt resulting from the towing and impound of an illegally parked vehicle did not arise from a "credit transaction." As a result, the courts found that collection of those accounts was not a valid permissible purpose to obtain a consumer report.

**If you use TransUnion consumer report services in connection with the collection of an account, we advise you to promptly review the new case law with your regular attorney or compliance advisor.**

TransUnion will be contacting each customer that is a third-party collector to discuss this issue. We expect to confirm with you that you are in compliance with this new interpretation. Until then, unless you advise otherwise, we are relying upon you to comply with your contract with TransUnion and this new interpretation of the law. **This means that you may obtain TransUnion reports for collection purposes only when collecting on an obligation arising from a credit transaction, or where you have the written authorization of the consumer or a court order to obtain a consumer report.**

As an example, for collectors of delinquent child support debt, judgments, fines, or liens, you must have in hand:

- A court order authorizing a consumer reporting agency to provide a consumer report,
- A written authorization from the debtor to obtain a consumer report, or
- Some type of contractual agreement with the consumer that rises to the level of a credit transaction under law.

[1] Kevin D. Miller v. Trans Union LLC, Experian Information systems, Inc. and Supportkids, Inc., Case 1:06-cv-02883, 2/28/2007 (N.D. Illinois); Kenneth McCready vs. Linebarger Goggan Blair & Sampson, LLP, et al., Case: 06 C 4884, 8/15/2007 (N.D. Illinois). Maria E. Pintos v. Pacific Creditors Association, Experian Information Solutions, Inc., No. 04-17485, D.C. No. CV-03-06471-CW, 9/21/2007 (9th Circuit Court of Appeals).

1 of 3

 Gmail

## Web Application Received

**support@700credit.com** <support@700credit.com>
To: LIONELL.TILLMAN@gmail.com

Mon, Apr 25, 2011 at 3:41 PM

### NOTICE OF ADVERSE ACTION

04/25/2011

Lionell  Tillman
10360 Kimberly St
Los Angeles, CA  90002

Dear Lionell  Tillman,

If you received this notice in error, our apologies.  If you purchased or leased a vehicle, congratulations and thank you for your business!  Also, be advised that this notice in no way impacts your credit (history or score).  It is for your own, personal information only.  It is provided to no other person or company.

This email is being provided to you because you recently inquired about doing business with Nissan Buick Pontiac GMC of Thousand Oaks and your credit report was obtained.  We were unable to sell you a car, based in whole or part on information obtained from a credit bureau.  This email serves as your written notification regarding this matter. If you would like a statement of the specific reasons why this action was taken, you must contact us within 60 days of the date of this notice.  Otherwise, no further action is needed on your part.  Receipt of this email in no way affects your credit score, nor does it appear on your credit record.

We will provide you with a statement of reasons within 30 days of receiving your request.  If we provide the reasons to you verbally, you have the right to make a written request to confirm the reasons in writing.  We will provide the written statement of reasons within 30 days of receiving your written request for confirmation.

We obtained credit information from one or more consumer reporting agencies ("CRA") as part of our consideration of your application, and the adverse credit decision was based in whole or in part on information obtained from a CRA. The box or boxes checked below show the name(s), address(es) and toll-free telephone number(s) of the CRA(s) that provided us with your credit report(s):

| Equifax | Experian | ☑ TransUnion |
|---|---|---|
| P.O. Box 740241 | P.O. Box 2104 | 2 BaldWin Place, PO Box 1000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA  19022 |
| (800) 685-1111 | (888) 397-3742 | (800) 888-4213 |
| www.equifax.com/fcra | www.experian.com | www.transunion.com |

The CRA played no part in our decision, and are unable to supply specific reasons why we took the adverse action. You have a right to obtain a free copy of your report if you request it from the CRA no later than 60 days after you receive this notice.  In addition, if you find that any information contained in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the CRA.

Nissan Buick Thousand Oaks
Nissan Buick Pontiac GMC of Thousand Oaks
3755 Auto Mall Dr,THOUSAND OAKS ,CALIFORNIA [CA],91362
- -



2 of 3



NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (with certain limited exceptions), because all or part of the applicant s income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C.  20580.

57

3 of 3

Exhibit

B

(4 of 4)



DEAN C. LOGAN
Registrar-Recorder/County Clerk

If this document contains any restriction based on race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

r.net

12400 Imperial Highway, Norwalk, California 90650

10/14

LArecorder.net

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

DA186REV06.84

1 of 4

97- 944949

REQUESTED BY AND MAIL TO:

COUNTY OF LOS ANGELES
BUREAU OF FAMILY SUPPORT OPERATIONS
5770 SOUTH EASTERN AVENUE
COMMERCE, CA 90040-0000

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

11:21 AM JUN 25 1997

INDEX AS JUDGMENT ONLY

LASC No: BY0204759
FSR No: 22F221
County Recorder I.D.: 19
No fee per Gov.C. 5103.9 - Fam.C. 4202

THIS SPACE FOR RECORDER'S USE ONLY

FREE    C

ABSTRACT OF SUPPORT JUDGMENT
Title of Document

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

DA186REV06.S4

2 of 4

| ATTORNEY OR PARTY WITHOUT AND ATTORNEY *(Name and Address)* | TELEPHONE NUMBER | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] *Recording requested by and return to:*<br>GIL GARCETTI, DISTRICT ATTORNEY<br>BUREAU OF FAMILY SUPPORT OPERATIONS<br>5770 SOUTH EASTERN AVENUE<br>COMMERCE, CALIFORNIA 90040-0000<br>*Attorney (Pursuant to WAI Code 4811478.1 and 11478.2* | (800)615-8858<br>22P221 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: CENTRAL CIVIL WEST
MAILING ADDRESS: 600 S. COMMONWEALTH 16TH FLOOR
CITY AND ZIP: LOS ANGELES, CALIFORNIA 90005-0000
BRANCH NAME: CENTRAL CIVIL WEST

PLAINTIFF:   COUNTY OF LOS ANGELES

DEFENDANT:   LIONELL  TILLMAN

| ABSTRACT OF SUPPORT JUDGMENT | CASE NUMBER:<br>BY0204759<br>FOR COURT USE ONLY |
|---|---|

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of a support judgment and represents the following
   a. Judgment debtor's

   > *Name and last known address*
   > LIONELL  TILLMAN
   > A/P IS A MINOR
   > 1734 N ROSE AVE
   > COMPTON, CA 90221-0000

   b. Driver's License No. and State:                [X] Unknown
   c. Social Security number: 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      [ ] Unknown
   d. Birthdate: FEBRUARY 08, 1978               [ ] Unknown

Date: 05/21/1997

GIL GARCETTI, DISTRICT ATTORNEY
by D.D.A. Wayne D. Doss
*TYPE OR PRINT NAME*

▶ *Wayne D. Doss*
DISTRICT ATTORNEY

2. I CERTIFY that the judgment entered in this action contains an order for payment of spousal, family, or child support.

3. Judgment creditor *(name)*:
   COUNTY OF LOS ANGELES
   whose address appears on this form above the court's name

4. [X] The support is ordered to be paid to the following county officer *(name and address)*:
   COURT TRUSTEE
   P.O. BOX 513544
   LOS ANGELES, CALIFORNIA 90051-1544

5. Judgment debtor *(full name as it appears in judgment)*:
   LIONELL  TILLMAN

6. a. A judgment was entered on *(date)*: 05/10/1997
   b. Renewal was entered *(date)*:
   c. Renewal was entered *(date)*:

7. [ ] An execution lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:

9. [X] This is an installment judgment

JOHN A. CLARKE, EXECUTIVE OFFICER/

97- 944949

This abstract issued on *(date)*:  JUN 1 8 1997

Clerk, by *Cynthia A. De Coud* Deputy

ABSTRACT OF SUPPORT JUDGMENT
(Family Law)

1285.50 [Rev. July 1, 1989]

CCP 488.480,674,
697.320, 700.190

3 of 4



This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

FEB 17 2017

Dean C. Logan REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

4 of 4

Exhibit C

(2 of 2)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

DEPARTMENT OF CHILD SUPPORT SERVICES

# MONTHLY BILLING STATEMENT
DCSS 0265 (12/29/06)

LCSA LOS ANGELES COUNTY
DEPARTMENT OF CHILD SUPPORT
SERVICES

LIONELL TILLMAN JR
443 SAN LEON
IRVINE CA 92606-8258

STATEMENT BEGINNING DATE  02/01/2018

STATEMENT ENDING DATE  02/28/2018

PARTICIPANT ID NUMBER  0370420718071

PARTICIPANT NAME  LIONELL TILLMAN JR

## SUMMARY OF AMOUNTS OWED

| CASE AND COURT ORDER INFORMATION | | CURRENT AND PAST DUE PAYMENT INFORMATION | | | ARREARS INFORMATION | | |
|---|---|---|---|---|---|---|---|
| CASE NUMBER | PAYMENT FREQUENCY AND AMOUNT | MONTHLY PAYMENT DUE FOR CURRENT SUPPORT | MONTHLY PAYMENT DUE FOR PAST DUE SUPPORT | TOTAL MONTHLY PAYMENT DUE FOR CURRENT AND PAST DUE SUPPORT | INTEREST BALANCE | PRINCIPAL BALANCE | TOTAL INTEREST AND PRINCIPAL BALANCE |
| 0370016903269B | MONTHLY / -- | -- | * | -- | 37021.80 | 24912.41 | 61934.21 |
| TOTALS | | 0.00 | * | 0.00 | 37021.80 | 24912.41 | 61934.21 |

\* **If there is an arrears balance and there is no court order for monthly payments toward arrears, arrears continue to be due and payable, unless and until you are notified otherwise.**

• Interest on past due support accrues at the legal rate.
• This balance may not reflect all interest or other charges you may owe.
• Support that has accrued and payments posted after the statement ending date will be reflected on your next statement.

COMMENTS/ SPECIAL INSTRUCTIONS:

*If you feel this information is not correct, please contact us at (866) 901-3212 or the address provided on the Notice Regarding Monthly Billing Statement attached (DCSS 0274).*

*Please tear off payment coupon below and return it with your payment to ensure proper credit to your account.*

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

## PAYMENT COUPON
**NOTE: If the total minimum payment due is automatically being deducted from your pay, you do not need to send in any additional payment.**

PARTICIPANT NAME LIONELL TILLMAN JR

PARTICIPANT ID NUMBER **0370420718071**

ENTER AMOUNT OF REMITTANCE: _____
Please make checks payable to:
CALIFORNIA STATE DISBURSEMENT UNIT

CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO CA 95798-9067

*Please write your participant ID number on your check.*

  1 of 2 ITF6

STATE OF CALIFORNIA · HEALTH AND HUMAN SERVICES AGENCY

DEPARTMENT OF CHILD SUPPORT SERVICES

## MONTHLY BILLING STATEMENT - DETAIL BY CASE NUMBER

DCSS 0275 (08/16/04)

PARTICIPANT NAME: LIONELL TILLMAN JR
PARTICIPANT ID NUMBER: 0370420718071

STATEMENT BEGINNING DATE 02/01/2018
STATEMENT ENDING DATE 02/28/2018

### PAYMENTS RECEIVED AND OTHER ADJUSTMENTS



| CASE NUMBER | DATE | DESCRIPTION | AMOUNT | APPLIED TO: | | |
|---|---|---|---|---|---|---|
| | | | | CURRENT | INTEREST ON PAST DUE SUPPORT | PAST DUE SUPPORT |
| 0370016903269B | 02-28-201 | INTEREST CHARGE | 191.11 | 0.00 | 191.11 | 0.00 |

- Interest on past due support accrues at the legal rate.
- This balance may not reflect all interest or other charges you may owe.
- Support that has accrued and payments posted after the statement ending date will be reflected on your next statement.

A9D0010039429000000225004010000000030

2 of 2

1TF6

Exhibit D

(1 of 1)



LIONELL J TILLMAN JR
443 SAN LEON
IRVINE CA 92606-8258

01/30/2018
0370016903269B
TIFFANY DENISE FICKLIN

This is a copy of the State License Release. The original release has been sent to the licensing agency that will be responsible for any subsequent processing of the release, including how long the processing might take, and for reinstatement of the license. It is your responsibility to pay any fees and to coordinate the release or reinstatement of your license with the licensing agency.

**YOUR LICENSE WILL NOT BE REINSTATED UNTIL YOU TAKE CARE OF THIS WITH YOUR LICENSING AGENCY.**

Continued compliance with the terms of the release is required to avoid revocation of the release. Your cooperation in this matter is greatly appreciated.

If you have any questions, please call (866) 901-3212.

## STATE LICENSE RELEASE

| NON-CUSTODIAL PARENT NAME | LOCAL CHILD SUPPORT AGENCY |
|---|---|
| LIONELL J TILLMAN JR | LOS ANGELES COUNTY CSSD - TORRANCE |
| NON-CUSTODIAL PARENT'S SOCIAL SECURITY NUMBER | LOCAL CHILD SUPPORT AGENCY ADDRESS |
| 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 | 5500 S EASTERN AVE |
| NON-CUSTODIAL PARENT'S DATE OF BIRTH | COMMERCE CA 90040-2947 |
| 08/18/1978 | |
| LICENSING AGENCY | |
| DEPARTMENT OF MOTOR VEHICLES | TELEPHONE NUMBER |
| | (866) 901-3212 |
| LICENSE NUMBER | DATE LCSA REQUESTED RELEASE |
| B7169220 | 01/30/2018 |

This is to inform you that the above-named Non-Custodial Parent's license is now eligible for renewal pursuant to Family Code Section 17520(a).

| PRINTED NAME | TITLE |
|---|---|
| RENA DAWSON | Child Support Officer II |
| SIGNATURE | DATE |
| *Rena L Dawson* | 01/30/2018 |

STATE LICENSE RELEASE - NON-CUSTODIAL PARENT'S COPY
DCSS 0517 (08/15/05)

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES