```
F I L E D
CLERK, U.S. DISTRICT COURT
10/21/22
CENTRAL DISTRICT OF CALIFORNIA
BY:      NNE      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lionell J Tillman Jr., Plaintiff, v. County of Los Angeles, Los Angeles County Bureau of Family Support, Steven J Golighty Ph.d., Defendant(s). | Case No. 2:22-CV-05755-SSS-MAA <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) OR (c)** |
|---|---|

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a) or (c): *(check one)*

☐ I dismiss all my claims in their entirety against all Defendants.

☒ I dismiss all my claims in their entirety against only the following Defendants: Los Angeles County District Attorney's Office, and Los Angeles County Risk Management.

Date   10/20/2022                    Signature _____ UCC 1-308 - 1-207

Print Name of Party   Lionell J Tillman Jr