| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Lionell J Tillman Jr.<br>10360 Kimberly Street<br>Los Angeles, CA 90002<br>(323) 490-3215<br><br>ATTORNEYS FOR: | <br>F I L E D<br>CLERK, U.S. DISTRICT COURT<br>12/7/22<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: NNE DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lionell J Tillman Jr<br><br>Plaintiff(s)<br><br>v.<br><br>County of Los Angeles,<br>Los Angeles County Bureau of Family Support,<br>Steven J Golighty Ph.d.,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-05755-SSS-MAA<br><br>STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)<br>(For use in Report and Recommendation Cases Only) |

*THIS FORM SHALL BE USED ONLY IN CASES THAT HAVE BEEN ASSIGNED TO A DISTRICT JUDGE AND REFERRED TO A MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATION.*
*(NOTE: PARTIES IN HABEAS CASES SHOULD USE FORM CV-11B)*

**I.  NOTICE REGARDING CONSENT TO A MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 73-3**

1. In accordance with the provisions of 28 U.S.C. § 636(c), all parties may consent to a Magistrate Judge to conduct all further proceedings, including jury or non-jury trial (if applicable), and entry of final Judgment, by executing and filing a joint (or separate) statement(s) of consent, setting forth such election.

2. Approval by the assigned District Judge is not required for cases referred to a Magistrate Judge for a Report and Recommendation.

3. Parties are free to withhold consent to Magistrate Judge jurisdiction without adverse substantive consequences.

4. If all parties consent to the jurisdiction of a Magistrate Judge, any appeal would be made directly to the United States Court of Appeals.

**II.  CONSENT TO A MAGISTRATE JUDGE**

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, including a trial (if applicable), and order the entry of final Judgment.

| Name of Counsel OR Party if Pro Se | Signature and date | Counsel for (Name Parties) |
|---|---|---|
| Lionell J Tillman Jr. | [signature]  12/7/2022 | Lionell J Tillman Jr. |
| | | |
| | | |
| | | |

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)
(For Use in Report and Recommendation Cases Only)

CV-11 (05/16)