UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:22-cv-05755-SSS (MAA)**                                                                    Date:  **September 5, 2023**

Title       **Lionell J. Tillman, Jr. v. Los Angeles County District Attorney's Office et al.**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Court Should Not Recommend Dismissal

     On July 31, 2023, the Court issued an Order Dismissing Fourth Amended Complaint With Leave to Amend ("Order").  (ECF No. 32.)  The Court ordered Plaintiff Lionell J. Tillman, Jr. ("Plaintiff") to, no later than August 30, 2023, either: (1) file a Fifth Amended Complaint ("5AC"); (2) proceed with—and request that the Court reinstate—the Fourth Amended Complaint ("4AC"); or (3) voluntarily dismiss the action.  (*Id*. at 20–21.)  The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1**."  (*Id*. at 21.)

     To date, Plaintiff has not responded to the Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **October 5, 2023** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a 5AC, notice that he wishes to proceed with the 4AC, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

     **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

     It is so ordered.

<u>Attachment</u>

Notice of Dismissal